
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ORLANDO MONTANO,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS,<br><br>Respondent. | Case No. 8:20-cv-00350-JLS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 21, 2021

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE